## Tarr et al. *v.* Vaders, Appellant.

Argued September 10, 1973. *D. Otis,* with him *William C. Beatty,* and *Butler, Beatty, Greer & Johnson,* for appellant; *Rodger L. Mutzel,* for appellees.

Judgment affirmed.

## Tenenbaum et al. *v.* Caplan et ux., Appellants.

Argued September 13, 1973. *John T. Quinn,* with him *McEldrew, Hanamirian, Quinn, Bradley & D'Amico,* for appellants; *Herbert Somerson,* with him *Zarwin, Baum, Arangio & Somerson,* for appellees.

Order affirmed.

SPAULDING, J., absent.

## Thorn et al., Appellants, *v.* M. Sokoloff & Son, Inc. et al.

Argued September 14, 1973. *Sidney I. Leabman,* for appellants; *Howard M. Ellner,* with him *John F. McElvenny,* for appellees.

Order affirmed.